HOLLY HOLDING CORPORATION, Respondent, *v.* PAUL Moss, as Commissioner of Licenses of the City of New York, Appellant.

(Argued March 2, 1936; decided March 17, 1936.)

*Paul Windels, Corporation Counsel* (*William C. Chanler, Ralph W. Thomas* and *Francis J. Bloustein* of counsel), for appellant.

*Jacob I. Goodstein*, for respondent.

*Morris L. Ernst* and *Newman Levy* for American Civil Liberties Union, *amicus curiæ*.

Order affirmed, with costs, and the question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.